UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                         Case No.  8:06-cv-1873-T-30TBM

**DAVID W. GOLDSTON,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte* upon the filing of the Answer by Defendant David Goldston (Dkt. 4).  In reviewing the docket in this matter, it appears Defendant filed the Answer using an Electronic Case Filing pen number that is not his own, in violation of the Administrative Procedures for Electronic Filing for this Court. See Local Rules Administrative Procedures for Electronic Filing in Civil and Criminal Cases (2006). Specifically, Defendant filed the document using the pen number of Attorney Alan Richey. As no Notice of Appearance has been filed by Attorney Richey, and Defendant signed the Answer pro se, it is unclear how Defendant obtained Mr. Richey's pen number, and it appears its use is unauthorized.

    It is therefore ORDERED AND ADJUDGED that:

    1.    Defendant's Answer is **STRICKEN**.

    2.    The Clerk is instructed to file the Answer manually.

3. The Clerk is further instructed to send a copy of this Order to Defendant and Mr. Alan Richey.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1873 - Striking Answer due to unauthorized use of pen number.frm