UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 8:06-cv-1873-T-30TBM

DAVID W. GOLDSTON,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

THIS CAUSE came before the Court for non-jury trial on March 29 and 30, 2010. Upon review and consideration, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Court finds for the Defendant.

2.     The Clerk is directed to enter Final Judgment in favor of Defendant and against Plaintiff.

3.     This cause is dismissed with prejudice.

4.     All pending motions are denied as moot.

5.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-1873.dismissal.wpd